IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., MAJOR LEAGUE BASEBALL PROPERTIES, INC., NHL ENTERPRISES, L.P., COLLEGIATE LICENSING COMPANY, LLC, and WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS,<br><br>Plaintiffs,<br><br>v.<br><br>QIAN HUANG, et al.,<br><br>Defendants. | Case No. 15-cv-9640<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Sheila Finnegan** |

**PLAINTIFFS'** *EX PARTE* **MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY TRANSFER OF THE DEFENDANT DOMAIN NAMES, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiffs NBA Properties, Inc. ("NBAP"), MLB Advanced Media, L.P. ("MLBAM"), Major League Baseball Properties, Inc. ("MLBP"), NHL Enterprises, L.P. ("NHLE"), Collegiate Licensing Company, LLC ("CLC"), and West Virginia University Board of Governors ("WVU"), collectively "Plaintiffs," seek entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Counterfeit Products, a temporary transfer of the Defendant Domain Names, a temporary asset restraint, expedited discovery, and service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); and the Illinois Uniform Deceptive Trade Practices Act,

1

815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 30th day of October 2015.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio_____
　　　　　　　　　　　　　　　　　　　Kevin W. Guynn
　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Jessica L. Bloodgood
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　300 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　kguynn@gbclaw.net
　　　　　　　　　　　　　　　　　　　aziegler@gbclaw.net
　　　　　　　　　　　　　　　　　　　jgaudio@gbclaw.net
　　　　　　　　　　　　　　　　　　　jbloodgood@gbclaw.net

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　*NBA Properties, Inc., MLB Advanced Media, L.P., Major League Baseball Properties, Inc., NHL Enterprises, L.P., Collegiate Licensing Company, LLC, and West Virginia University Board of Governors*