**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NBA PROPERTIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 15-cv-09640 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs having come to be heard on their ex parte motion for entry of (1) temporary restraining order, (2) domain name transfer order, (3) asset restraining order, (4) expedited discovery order, and (5) service of process by email and/or electronic publication order [11], the Court finds that Plaintiffs have satisfied the requirements for issuance of the requested temporary restraining order and other relief, without written or oral notice to the adverse parties, as provided by Fed. R. Civ. P. 65(b). Accordingly, the motion is granted. The temporary restraining order is entered at 8:00 a.m. on 11/5/2015 and shall expire in fourteen (14) days. It is further ordered that Plaintiffs shall deposit with the Court ten thousand dollars ($10,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. Status hearing set for 11/18/2015 at 9:00 a.m. remains firm. The Clerk is directed to seal the temporary restraining order until further order of the Court. Counsel for plaintiff and chambers staff are granted permission to access all sealed documents. Enter Sealed Temporary Restraining Order.

(0:05)

Dated: November 5, 2015

_____
Andrea R. Wood
United States District Judge